# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

132407

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARK GORMAN,
      Plaintiff-Appellant,

v

                             SC: 132407
                             COA: 268650
                             Kent CC: 05-010012-CK

RENA COLOSKY,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 15, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007                                   

s1218                                          Clerk